# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

TYRONICA EVETT HILL, CRYSTAL MCGEE,
ANTIONETTE GREENE aka "Antionette Green,"
LAURENCE YANCY AND SHAKEISHA BANNER

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4005 Snow

FILED by __ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 14, 1999 in Broward county, in the Southern District of Florida and elsewhere, the defendants, with the intent to deceive, conspired to, and actually made, utter and possessed a counterfeit security of an organization, passed and attempted to pass a counterfeit security of an organization, and knowingly executed and attempted to execute a scheme and artifice to defraud a financial institution.

in violation of Title 18 United States Code, Section(s) 371, 513(a) and 1344

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Christopher Caruso
Special Agent, United States Secret Service

Sworn to before me, and subscribed in my presence,

JANUARY 13, 2000                    at   Fort Lauderdale, Florida
Date                                     City and State

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer        Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

## INTRODUCTION

1. I, Christopher Caruso, being duly sworn, depose and state that I am presently employed as a Special Agent with the United States Secret Service, and have been so employed since December 22, 1997.

2. I am presently assigned to the South Florida Organized Fraud Task Force and investigate crimes pertaining to counterfeiting, credit card fraud, bank fraud, money laundering and other fraudulent schemes involving organized groups, both within and outside of the territorial jurisdiction of the United States. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under authority of Title 18, United States Code, Section 3056.

## BACKGROUND

3. In conjunction with my official duties, I investigate organizations involved in the counterfeiting and uttering of commercial business checks. The typical operation works as follows: An individual or several members of the group will steal a business' financial information -- a business' name, address, account number and legitimate authorized signature -- from its genuinely issued commercial checks. The organization manufactures counterfeit checks through the use of a computer, scanner and printer, utilizing a commercially available blank check stock called "Versa Check". Versa Check is a commercial product commonly used by both individuals and businesses to print their own checks. Because this criminal organization uses the Versa Check product, the counterfeit checks it produces give the appearance of being genuine checks drawn on valid business accounts. These checks contain many of the security

1

features used on legitimate commercial checks, thereby allowing the organization to defeat safeguards commonly employed by banks. These checks are given to "runners," individuals recruited by the leader, to cash at local banks under the guise of being payroll checks issued by legitimate businesses. The runners are paid a percentage of the money obtained, and the rest of the proceeds go to the drivers (people who transport the runners around to different banks) and to the printer of the counterfeit checks.

## THE SUBJECTS

4. Tyronica Evett HILL is the leader of this organization. HILL is responsible for printing the counterfeit checks and is the recipient of the majority of the proceeds.

5. Crystal Yvette MCGEE is the "middle man" for HILL. MCGEE is responsible for recruiting runners in this organization who negotiate the counterfeit securities.

6. Antionette GREENE aka "Antionette Green" is one of the runners observed by the undersigned both negotiating and attempting to negotiate counterfeit securities while being driven around by MCGEE.

7. Laurence YANCY is another of the runners observed by other agents attempting to negotiate a counterfeit check.

8. Shakeisha BANNER is another of the runners observed by other agents attempting to negotiate a counterfeit check.

## THE OFFENSE

9  I have participated in the investigation of the offenses described herein. The following information is known to me personally, or was reported to me by agents of the United States Secret Service (USSS). This information was also obtained from conversations with other law

2

enforcement personnel, bank officials, and victims during the course of my investigation.

10. On or about December 14, 1999, agents from the South Florida Organized Fraud Task Force received information from a Confidential Informant (CI) who stated a black female, known as Hope, was printing counterfeit commercial checks and was giving them to different individuals (runners) to cash. The CI is known to the Secret Service, and has provided information which has proven to be reliable in the past. Surveillance determined that Hope was driving a late model Ford Contour, maroon in color, Florida tag number DK5-90X.

11. Subsequent investigation by Officers and Agents of the South Florida Organized Fraud Task Force determined that Hope's real name is Tyronica Evett HILL and that she lives at 155 Via Milan Terrace, Davie, Florida.

12. Investigation also determined that HILL was working with a black female named Crystal MCGEE who lives at 5401 NW 27th Street, Lauderhill, Florida. Crystal MCGEE has acted as a driver for the organization and also as a "middle-man" between the counterfeiter, HILL, and the "runners."

13. A check with the Florida Department of Motor Vehicles (FLDMV) revealed that the late model Ford Contour, maroon in color, Florida tag number DK5-90X, is registered to Budget Rent A Car. A check with Budget Rent A Car revealed that they had rented this vehicle to Tyronica Evett HILL, 155 Milan Terrace, Davie, Florida. A check with the FLDMV revealed that the Florida Driver's License used, number H-400-805-688-280, in the name of Tyronica Evett HILL, is in fact issued to Tyronica Evett HILL, 155 Via Milan Terrace, Davie, Florida.

14. On December 18, 1999, I requested and received a copy of Florida Drivers' License number H-400-805-688-280 in the name of Tyronica Evett HILL.

3

15. On January 5, 2000, the undersigned observed the blue Lincoln Towncar driven by, Crystal Yvette MCGEE, pick up a black female at 350 NW 20th Avenue, Pompano Beach. This female was subsequently identified as being Antoinette GREENE.

16. On that same day, January 5, 2000, Special Agent Jones together with the undersigned observed MCGEE drive to the NationsBank located at 3600 North Federal Highway, Fort Lauderdale, Florida. Special Agents Jones and I observed GREENE enter the bank. NationsBank personnel confirmed that GREENE presented a blue K-Mart Check payroll check. The teller reviewed the check, and believing that it was counterfeit, refused to cash it. GREENE retrieved the check from the teller and left the bank.

17. Immediately thereafter, the undersigned observed MCGEE drive to another NationsBank located at 1040 Bayview Drive, Fort Lauderdale, Florida. I observed GREENE enter the bank. The undersigned entered the bank and observed GREENE present a check to a teller. Bank Personnel confirmed that GREENE had presented a K-Mart payroll check, serial number 2666945, in the amount of $550.47 and was drawn on Bank of New York, account number 0300403169, which she successfully negotiated. Further investigation by NationsBank personnel revealed that this check was in fact counterfeit.

18. Immediately after the transaction at the Bayview NationsBank, the undersigned observed the Lincoln Town car parked in the parking lot at the NationsBank located at 2300 Sunrise Blvd., Fort Lauderdale (Galleria Mall). The undersigned observed MCGEE sitting in the idling Lincoln and GREENE exiting the NationsBank location. Bank Personnel confirmed that GREENE had presented a K-Mart payroll check, serial number 2666942 in the amount of $504.76 which was drawn on Bank of New York, account number 0300403169, and which she successfully

negotiated. Further investigation by NationsBank personnel revealed that this check was in fact counterfeit.

19. Investigation has revealed that on January 5, 2000, GREENE cashed a K-Mart payroll check at the Nationsbank located at 9140 Wiles Road, Coral Spring, Florida. Bank personnel have advised that this is a counterfeit check.

20. Investigation has revealed that on January 5, 2000, GREENE cashed a K-Mart payroll check at the NationsBank located at 2335 East Atlantic Boulevard, Pomapno Beach, Florida. Bank personnel have advised that this is a counterfeit check.

21. Investigation has revealed that on January 5, 2000, GREENE cashed a K-Mart payroll check at the NationsBank located at 100 East McNab Road, Pompano Beach, Florida. Bank personnel have advised that this is a counterfeit check.

22. A check with FLDMV revealed that Florida Driver's License number G650-012-755-810 belongs to Antoinette GREENE e, Black/female, DOB 3/1/75, 350 NW 20th Ave, Pompano Beach, Florida. GREENE presented this license to Nationsbank personnel in conducting the transactions described in paragraphs 16 through 21 above.

23. On January 7, 2000, agents of the SFOFTF, conducted surveillance, and observed MCGEE depart from Budget Rental Office on University Drive in Plantation, Florida, driving a blue Lincoln Towncar, Florida tag HEO-38Y. This car is registered to Budget Rent A Car. Their records show that it was rented by Tyronica HILL and listed Crystal MCGEE as a second driver. MCGEE drove to the vicinity of NW 13th St, in Lauderhill, Florida where she picked up a black male subject, later identified as Lawrence YANCY. MCGEE and YANCY, with YANCY driving, drove to the residence of Tyronica HILL located at 155 Villa Milan Terrace, Davie,

Florida. Agents observed the vehicle pull into HILL's home and observed HILL exit the residence from the front door and proceed to enter the vehicle and sit in the rear seat.

24. On January 7, 2000, agents followed the blue Lincoln Towncar as YANCY (driver), MCGEE (front passenger) and HILL (rear seat) drove around the Ft. Lauderdale area. At approximately 12:45 p.m., Special Agents Lowe and French observed the vehicle park in front of a NationsBank located at 2300 East Sunrise Boulevard (Galleria Mall), Fort Lauderdale, Florida. Lawrence YANCY was observed departing the car and walking into the bank. Several minutes later YANCY was observed running from the bank and jumping into the rear seat of the Lincoln Towncar. The car, now driven by Crystal MCGEE, left at a high rate of speed. I requested and received a copy of Florida Drivers License number Y520-530-762-150 in the name of Laurence YANCY. YANCY's drivers' license photograph was compared with a bank surveillance photograph taken at the NationsBank described in paragraph 24 above, which confirmed that it was YANCY was at the teller counter.

25. Special Agent French entered the bank and spoke with bank personnel who stated Lawrence YANCY presented a Versa check (# 29341) drawn on a NationsBank account in the name of Bankers Insurance Company, St. Petersburg, Florida, account number 1266692956. A check by bank personnel determined this check to be counterfeit.

26. Later that same day, January 7, 2000, agents observed the Lincoln Town Car and three occupants park behind a Union Planters Bank, located at the corner of Nob Hill Rd. and Oakland Park Blvd., Sunrise, Florida. The occupants exited the Lincoln, and Tyronica HILL was observed moving items from the Lincoln to a black Ford Expedition with MCGEE and YANCY. At the conclusion of the exchange, HILL entered the 1998 Black Ford Expedition, Florida tag #

6

DD9-33X, and drove away. MCGEE and YANCY departed in the blue Lincoln. A check with the Department of Motor Vehicles revealed that this Ford Expedition is registered to Tyronica E. HILL and Harold Robinson, 155 Villa Milan Terrace, Davie, Florida.

27. On January 10, 2000, the undersigned received a telephone call from the teller manager, Melissa Dessoye, Nations Bank, 100 E. McNab Road, Pompano Beach, Florida. Ms. Dessoye stated she was in the process of completing the paperwork related to the counterfeit check cashed by GREENE at her branch on January 5, 2000, when a black female entered and attempted to cash the same type of check. Ms. Dessoye stated the teller was presented with a Florida drivers license in the name of Shakeisha BANNER, when the teller left her station to call her manager, BANNER fled the building taking her identification. A check by bank personnel confirmed that the K Mart check presented by BANNER was counterfeit.

28. On January 10, 2000, I requested the bank surveillance video from Nations Bank for the above transaction. I also requested a copy of the Florida drivers license, #B560-780-798-630, in the name of Shekeisha BANNER. These two photographs were compared and found to be the same person – Shakeisha BANNER.

29. On January 11, 2000, Agents of the SFOFTF removed the garbage left on the street in front of 155 Via Milan Drive, Davie, the residence of Tyronica HILL. The following items were contained in the contents of the retrieved garbage:

    A. An August 4, 1999 receipt for the following items: one "Mips Versa Page 5000 Se Check & Document Printer; 750 Blank Versa Check Stock; and one HP Officejet 600

7

Printer/Copier/Scanner combination;

    B. Four Versa Checks payable to Antoinette GREENE, from Dillards Inc. drawn on Chase Manhattan Bank, all dated January 6, 2000, bearing serial numbers 742498, 742500, 742503, & 742504. I spoke with personnel at Chase Manhattan Bank who advised that these checks are counterfeit securities;

    C. Four Versa Check earnings statements dated January 6, 2000 in the name Antoinette GREENE bearing serial numbers 742496 & 742497;

    D. One photocopy of a genuine Dillard's Inc. payroll check, with the payee name of Jameesha Bernadin, drawn on Chase Manhattan Bank, dated 08/09/99 serial number 7426414;

    E. Two Versa Checks in the payee name of Antoinette GREENE from CAMFAM, INC, drawn on Union Planters Bank, dated 12/27/99 with serial numbers 19341, 19342. I spoke with personnel at Union Planters Bank who advised that these checks are counterfeit securities;

    F. One Versa Check in the payee name of Danielle Lynn from CAMFAM, INC, drawn on Union Planters Bank, dated 12/27/99 with serial number 19345. I spoke with personnel at Union Planters Bank who advised that these checks are counterfeit securities;

    G. One photocopy of a payroll earnings statement from CAMFAM, Inc. in the name of Ronnie Williams, with the payroll check torn off;

    H. One photocopy of a CAMFAM, INC. payroll check, with attached earnings statement, in the payee name of Ronnie Williams drawn on Union Planters Bank, dated 12/24/99, with serial number 00020226;

    I. One photocopy of a United Restoration, LLC payroll check, in the payee name of Jacaronda E. Bradley, drawn on Union Planter?s Bank, dated 07/22/99, with attached wage

earning statement with the serial number 16103;

J. One portion of a bank statement in the name of Shekiesha BANNER, with the date portion torn off, drawn on First Union National Bank account number 3000017931855;

K. One photocopy of an earnings statement from Precision Response Corporation in the name of April Brown with the check portion torn off, bearing serial number 0000600165;

L. One photocopy of a payroll check from an unknown business, copy was damaged, in the name of payee Shontiva R. McCray, drawn on The Provident Bank dated December 07, 1999, with serial number 229239;

M. One receipt from Immanuel Jewelry in the name of Hope HILL, dated February 3, 1999, in the amount of $800.00;

N. One Western Union Money Transfer Receipt listing the sender as Crystal MCGEE and the recipient as Tyronica HILL in the amount of $2008.00, dated January 5, 2000.

O. One Budget Rent A Car Receipt dated December 31, 1999, with Tyronica HILL listed as the renter of a 1999 Ford Contour, Florida tag # DK509X from December 8,1999 through December 31, 1999;

P. One Western Union Money Transfer dated January 5, 2000 in the amount of $2137.00 listing Crystal MCGEE as the sender and Tyronica HILL as the recipient;

Q. One resume in the name of Crystal MCGEE;

R. Numerous genuine billing statements from various businesses: bank statements, FPL bills, water bill, telephone bill; all bearing the name and address of Tyronica HILL and/or Harold Robinson.

S. One piece on notebook paper with the handwritten name Shakeisha BANNER and

telephone number 974-8782;

T. One piece of paper with the address 250 West sample Road, No. E 221. This is the last known residence of Shakeisha BANNER.

30. A review of the above described items indicates to me that Tyronica HILL and others, both known and unknown are operating a counterfeit check making plant out of the HILL's residence located at 155 Via Milan Terrace, Davie, Florida.

## CONCLUSION

31. Based on the above information, I have probable cause to believe that between December 14, 1999 and the present Tyronica Evett HILL, Crystal Yvette MCGEE, Antoinette GREENE, Lawrence YANCY, Shakeisha BANNER and others, both known and unknown have conspired together to, knowingly and with intent to defraud, execute or attempt to execute a scheme or artifice to defraud a financial institution, or to obtain money or funds under the control of a financial institution by means of false or fraudulent pretenses, by the counterfeiting of commercial business checks and the uttering of same checks, and that they have actually committed and attempted to commit these acts, all the above in violation of Title 18, United States Code, Section 1344 (1)(2) - Bank Fraud, Title 18, United States Codes, Section 513(a) -Counterfeit Securities of the State and Private Entities and Title 18, United States Code, Section 371 - Conspiracy.

**FURTHER AFFIANT SAYETH NOT**

_____
CHRISTOPHER CARUSO, SPECIAL AGENT
UNITED STATES SECRET SERVICE

Subscribed and sworn to
Before me this _13_ day
of January, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

10