AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Bertha R. Mitrani   S/A Christopher Caruso, U.S. Secret Service

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ANTIONETTE GREEN

## WARRANT FOR ARREST

CASE NUMBER: 00-4005-SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTIONETTE GREEN
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly, Conspiring to, and actually, uttering and possessing a counterfeit security of an organization, and with knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution,

in violation of Title 18 United States Code, Section(s) 371, 513(a) and 1344

FILED by __ D.C.
JAN 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Lurana S. Snow
Name of Issuing Officer

Jenny Butler
Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond

Chief United States Magistrate Judge
Title of Issuing Officer

January 14, 2000 Fort Lauderdale, Florida
Date and Location

Lurana S. Snow
by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ANTIONETTE GREEN

ALIAS: LATRECE GREEN

LAST KNOWN RESIDENCE: 350 N.W. 20TH AVENUE, POMPANO BEACH, FLORIDA 33069

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: FLORIDA

DATE OF BIRTH: 03/01/1975

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'3            WEIGHT: 235 POUNDS

SEX: FEMALE            RACE: BLACK

HAIR: BLACK            EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: TATTOO RIGHT CALF

FBI NUMBER: 855751TA9

COMPLETE DESCRIPTION OF AUTO: 1994 FORD EXPLORER, 4D, GREEN

FL TAG- I I N101

INVESTIGATIVE AGENCY AND ADDRESS: UNITED STATES SECRET SERVICE

8375 N.W. 53RD STREET, MIAMI, FLORIDA 33166