COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER

"ON"

DEFT: Antionette Greene (surr)   CASE NO: 00-4005-Snow
AUSA: Bertha Mitrani *present*   ATTNY: _____
AGENT: _____                    VIOL: 18:371. 513. 1344
PROCEEDING: Initial Appearance   BOND REC: 50,000 Corp. Surety

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: CJA — Paul McKenn
___ BOND SET @ $ 50,000 - PSB
CO-SIGNATURES: boyfriend: Bernard King & mother (by Friday)
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS (as directed) or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/PR
12) ___ Halfway House
___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

Advised of charges
& sworn for counsel

JAN 8

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:                1-28-00  11:00  (Snow)
PRELIM/ARRAIGN. OR REMOVAL: XXXXXX   1-27-00   BSS
STATUS CONFERENCE:

DATE: 1-18-00   TIME: 11:00am   TAPE # 00-00   PG # 3
885-1530