UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6019** CR-ZLOCH

18 U.S.C. § 371
18 U.S.C. § 513(a)
18 U.S.C. § 2

**MAGISTRATE JUDGE
SELTZER**

UNITED STATES OF AMERICA,

v.

TYRONICA EVETT HILL,
CRYSTAL MCGEE,
ANTIONETTE GREENE, a/k/a/ "Antionette Green,"
LAURENCE YANCY, and
SHEKEISHA BANNER,

     Defendants.

_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT 1

1.    From on or about September 1, 1998, through, on or about, January 14, 2000, the exact dates being unknown to the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

TYRONICA EVETT HILL,
CRYSTAL MCGEE,
ANTIONETTE GREENE, a/k/a/ "Antionette Green,"
LAURENCE YANCY,
and
SHEKEISHA BANNER,

did knowingly and willfully, combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to make, utter and possess counterfeited and forged securities of an organization, that is, checks drawn on NationsBank and The Bank of New York, with intent to deceive another person and organization, that is, NationsBank and Bank of New York, organizations which operated in and the activities of which affected interstate commerce, in violation of Title 18, United States Code, Sections 513(a) and 2.

## GENERAL ALLEGATIONS

At all times material to this Indictment:

2.     NationsBank was a financial institution, whose accounts were insured by the Federal Deposit Insurance Corporation, had branches in Broward County and throughout the Southern District of Florida, and was an organization which operated in and the activities of which affected interstate commerce.

3.     The Bank of New York was a financial institution, whose accounts were insured by the Federal Deposit Insurance Corporation, had branches in the Southern District of New York and elsewhere, and was an organization which operated in and the activities of which affected interstate commerce.

## OBJECT OF THE CONSPIRACY

4.     It was the object of the conspiracy that the defendants would unlawfully enrich themselves by making, uttering and possessing counterfeited and forged securities, that is,

counterfeited and forged corporate checks, and then negotiating those counterfeited and forged corporate checks at various NationsBanks located in Broward County, in the Southern District of Florida.

## MANNER AND MEANS

The manner and means by which the defendants sought to accomplish the object of the conspiracy included the following:

5.    It was part of the of the conspiracy that TYRONICA EVETT HILL would, through the use of her home computer, scanner, printer and blank check stock, manufacture counterfeited corporate checks of various corporate accounts, including the accounts of: K Mart Corporation; Bankers Insurance Company; Family Health Partners; Sheridan Health Corporation, Inc.; Aetna Health Plans of the Carolinas; Lighting Components; and Maroone Dodge. All of these checks were drawn on NationsBank or The Bank of New York.

6.    It was further part of the conspiracy that TYRONICA EVETT HILL would obtain the corporation's account information, including its name, address, account number and legitimate authorized signature, and use that information to manufacture the counterfeit corporate checks.

7.    It was further part of the conspiracy that TYRONICA EVETT HILL and CRYSTAL MCGEE would recruit individuals commonly known as "runners," to go to NationsBank for the purpose of negotiating a counterfeit check. TYRONICA EVETT HILL would make the check payable to the runner. The persons recruited to pass the counterfeited corporate checks included defendants CRYSTAL MCGEE, ANTIONETTE GREENE, a/k/a/ "Antionette Green," LAURENCE YANCY and SHEKEISHA BANNER.

8.    It was further part of the conspiracy that TYRONICA EVETT HILL and CRYSTAL MCGEE would drive the runners to NationsBank for the purpose of negotiating a counterfeit check. After completing the transaction, the runners would give TYRONICA EVETT HILL or CRYSTAL MCGEE the proceeds of the cashed check.

9.    It was further part of the conspiracy that TYRONICA EVETT HILL and CRYSTAL MCGEE would pay each runner a monetary fee for their services.

10.    It was further part of the conspiracy that the defendants, TYRONICA EVETT HILL, CRYSTAL MCGEE, ANTIONETTE GREENE, a/k/a "Antionette Green," LAURENCE YANCY, and SHEKEISHA BANNER, made, uttered, and possessed a total of at least twenty-seven counterfeited NationsBank and The Bank of New York corporate checks in an amount totaling in excess of thirteen thousand dollars ($13,000).

## OVERT ACTS

In furtherance of said conspiracy and to effect the object thereof, at least one of the coconspirators committed or caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

11.    On varying dates, between on or about September 1, 1998, and on or about January 14, 2000, one or more of the coconspirators made, uttered and possessed counterfeit corporate checks as alleged in Counts 2 through 28, which are re-alleged and incorporated as though fully set forth herein.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2 THROUGH 28

12.    The general allegations contained in paragraphs 2 through 10 of Count 1 are re-alleged and incorporated as though fully set forth herein.

13.    On or about the dates set forth below, at Broward County, in the Southern District of Florida, and elsewhere, the defendants, as individually charged below, did knowingly, make, utter and possess counterfeited and forged securities of an organization, that is, checks of and drawn on NationsBank or The Bank of New York, with intent to deceive another person and organization, that is NationsBank or The Bank of New York, organizations which operated in, and the activities of which, affected interstate commerce, on which organizations the following checks were drawn from the accounts and in the amounts as described and set forth below:

| Count | Date | Bank | Account/Check# | Amount | Payee | Defendants |
|---|---|---|---|---|---|---|
| 2 | 10/05/98 | NationsBank | Aetna/22896 | $640.00 | McGee | MCGEE |
| | | | | | | HILL |
| 3 | 10/05/98 | NationsBank | Aetna/22904 | $640.00 | McGee | MCGEE |
| | | | | | | HILL |
| 4 | 10/05/98 | NationsBank | Aetna/22901 | $640.00 | McGee | MCGEE |
| | | | | | | HILL |
| 5 | 10/05/98 | NationsBank | Aetna/22897 | $640.00 | McGee | MCGEE |
| | | | | | | HILL |
| 6 | 10/05/98 | NationsBank | Aetna/22903 | $640.00 | McGee | MCGEE |
| | | | | | | HILL |
| 7 | 10/15/98 | NationsBank | SheridanHlth./20045745 | $650.10 | McGee | MCGEE |
| | | | | | | HILL |

5

| Count | Date | Bank | Account/Check# | Amount | Payee | Defendants |
|-------|------|------|----------------|--------|-------|------------|
| 8 | 10/15/98 | NationsBank | SheridanHlth./20045742 | $650.10 | McGee | MCGEE HILL |
| 9 | 11/10/98 | NationsBank | Family Health/18820 | $660.89 | McGee | MCGEE HILL |
| 10 | 11/10/98 | NationsBank | Family Health/18821 | $661.25 | McGee | MCGEE HILL |
| 11 | 11/10/98 | NationsBank | Family Health/18822 | $662.35 | McGee | MCGEE HILL |
| 12 | 11/10/98 | NationsBank | Family Health/18823 | $663.29 | McGee | MCGEE HILL |
| 13 | 11/10/98 | NationsBank | Family Health/18824 | $664.70 | McGee | MCGEE HILL |
| 14 | 11/10/98 | NationsBank | Family Health/18825 | $665.30 | McGee | MCGEE HILL |
| 15 | 11/10/98 | NationsBank | Family Health/18826 | $667.59 | McGee | MCGEE HILL |
| 16 | 11/10/98 | NationsBank | Family Health/18827 | $668.29 | McGee | MCGEE HILL |
| 17 | 11/10/98 | NationsBank | Family Health/18828 | $669.36 | McGee | MCGEE HILL |
| 18 | 11/10/98 | NationsBank | Family Health/18829 | $670.10 | McGee | MCGEE HILL |
| 19 | 11/05/98 | NationsBank | Family Health/18844 | $654.15 | McGee | MCGEE HILL |

| Count | Date | Bank | Account/Check# | Amount | Payee | Defendants |
|-------|------|------|----------------|--------|-------|------------|
| 20 | 11/10/98 | NationsBank | Family Health/18841 | $651.79 | McGee | MCGEE |
| | | | | | | HILL |
| 21 | 11/10/98 | NationsBank | Family Health/18840 | $650.79 | McGee | MCGEE |
| | | | | | | HILL |
| 22 | 06/28/99 | NationsBank | Maroone Dodge/50586 | $552.36 | McGee | MCGEE |
| | | | | | | HILL |
| 23 | 10/28/99 | NationsBank | Lighting Comp/49944 | $526.35 | Banner | BANNER |
| | | | | | | HILL |
| 24 | 10/28/99 | NationsBank | Lighting Comp/49945 | $527.62 | Banner | BANNER |
| | | | | | | HILL |
| 25 | 01/05/00 | Bank of NY | K Mart/2666942 | $504.76 | Green | GREENE |
| | | | | | | MCGEE |
| | | | | | | HILL |
| 26 | 01/05/00 | Bank of NY | K Mart/2666945 | $550.47 | Green | GREENE |
| | | | | | | MCGEE |
| | | | | | | HILL |

| Count | Date | Bank | Account/Check# | Amount | Payee | Defendants |
|---|---|---|---|---|---|---|
| 27 | 01/10/00 | Bank of NY | K Mart/2666952 | $524.65 | Banner | BANNER |
| | | | | | | GREENE |
| | | | | | | HILL |
| 28 | 01/07/00 | NationsBank | Bankers Insur./29341 | $851.29 | Yancy | YANCY |
| | | | | | | MCGEE |
| | | | | | | HILL |

All in violation of Title 18, United States Code, Section 513(a) and 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                CASE NO. _____

v.

**TYRONICA EVETT HILL, *et al.***            **CERTIFICATE OF TRIAL ATTORNEY***

_____

**Court Division**: (Select One)            **Superseding Case Information**:
                                            New Defendant(s)          Yes ____      No ____
___ Miami  ___ Key West                     Number of New Defendants        _____
_X_ FTL   ___ WPB ___ FTP                   Total number of counts          _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:          (Yes or No) _NO_____
     List language and/or dialect   ____English_____

4.   This case will take _2-3_  days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                         (Check only one)

I     0  to  5 days        _X_       Petty        _____
II    6  to 10 days        _____     Minor        _____
III   11 to 20 days        _____     Misdem.      _____
IV    21 to 60 days        _____     Felony       _X_
V     61 days and over     _____

6.   Has this case been previously filed in this District Court?  (Yes or No) _No_
If yes:
Judge: _____          Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) _____Yes_____
If yes:
Magistrate Case No. _00-4005-SNOW_____
Related Miscellaneous numbers: _00-4606-SNOW_____
Defendant(s) in federal custody as of _McGee has been in custody as of January 14, 2000_
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No) _____No_____

7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes _ No

                              _____
                              BERTHA R. MITRANI
                              ASSISTANT UNITED STATES ATTORNEY
                              Court Bar No. 88171

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## <u>PENALTY SHEET</u>

Defendant's Name: <u>TYRONICA EVETT HILL</u>          No.:_____

Count # 1:

<u>Conspiracy to make, utter and possess counterfeit securities;</u>

<u>in violation of 18 U.S.C.  § 371</u>

<u>*Max Penalty: 5 years' imprisonment; $250, 000 fine</u>


Counts # 2 through 28:

<u>Making, uttering and possessing counterfeit securities; in violation of 18 U.S.C.  § 513(a)</u>

_____

<u>*Max Penalty: 10 years' imprisonment; $250, 000 fine</u>


Count #:

_____

_____

<u>*Max Penalty:</u>


Count #:

_____

_____

<u>*Max Penalty:</u>


Count # :

_____

_____

<u>*Max Penalty:</u>


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name: <u>CRYSTAL MCGEE</u>          No.:_____

Count # 1:

<u>Conspiracy to make, utter and possess counterfeit securities;</u>_____

<u>in violation of 18 U.S.C.  § 371</u>_____

<u>*Max Penalty: 5 years' imprisonment; $250, 000 fine</u>_____


Counts # 2 through 22, 25, 26 and 28:

<u>Making, uttering and possessing counterfeit securities; in violation of 18 U.S.C.  § 513(a)</u>

_____

<u>*Max Penalty: 10 years' imprisonment; $250, 000 fine</u>_____


Count #:

_____

_____

<u>*Max Penalty:</u>_____


Count #:

_____

_____

<u>*Max Penalty:</u>_____


Count # :

_____

_____

<u>*Max Penalty:</u>_____


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name: <u>ANTIONETTE GREENE</u>          No.:_____

Count # 1:

<u>Conspiracy to make, utter and possess counterfeit securities;</u>_____

<u>in violation of 18 U.S.C. § 371</u>_____

<u>*Max Penalty: 5 years' imprisonment; $250, 000 fine</u>_____


Counts # 25, 26; and 27:

<u>Making, uttering and possessing counterfeit securities; in violation of 18 U.S.C. § 513(a)</u>

_____

<u>*Max Penalty: 10 years' imprisonment; $250, 000 fine</u>_____


Count #:

_____

_____

<u>*Max Penalty:</u>_____


Count #:

_____

_____

<u>*Max Penalty:</u>_____


Count # :

_____

_____

<u>*Max Penalty:</u>_____


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name: <u>LAURENCE YANCY</u>          No.:_____

Count # 1:

<u>Conspiracy to make, utter and possess counterfeit securities;</u>_____

<u>in violation of 18 U.S.C.  § 371</u>_____

<u>*Max Penalty: 5 years' imprisonment; $250, 000 fine</u>_____


Count # 28:

<u>Making, uttering and possessing counterfeit securities; in violation of 18 U.S.C.  § 513(a)</u>

_____

<u>*Max Penalty: 10 years' imprisonment; $250, 000 fine</u>_____


Count #:

_____

_____

<u>*Max Penalty:</u>_____


Count #:

_____

_____

<u>*Max Penalty:</u>_____


Count # :

_____

_____

<u>*Max Penalty:</u>_____


**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name: <u>SHEKEISHA BANNER</u>          No.:_____

Count # 1:

<u>Conspiracy to make, utter and possess counterfeit securities;</u>

<u>in violation of 18 U.S.C. § 371</u>

<u>*Max Penalty: 5 years' imprisonment; $250, 000 fine</u>


Counts # 23, 24 and 27:

<u>Making, uttering and possessing counterfeit securities; in violation of 18 U.S.C. § 513(a)</u>

_____

<u>*Max Penalty: 10 years' imprisonment; $250, 000 fine</u>


Count #:

_____

_____

<u>*Max Penalty:</u>


Count #:

_____

_____

<u>*Max Penalty:</u>


Count # :

_____

_____

<u>*Max Penalty:</u>

**\*Refers only to possible term of incarceration, does not include possible fines, <u>restitution, special assessments, parole terms or forfeitures that may be applicable.</u>**

REV. 12/12/96