0004-0118-0812-J

AO 442 (Rev. 12/85) Warrant for Arrest    AUSA Bertha R. Mitrani   S/A Christopher Caruso, U.S. Secret Service

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ANTIONETTE GREEN

**WARRANT FOR ARREST**

CASE NUMBER: 00-6019-CKWJZ

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTIONETTE GREEN
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly, Conspiring to, and actually, uttering and possessing a counterfeit security of an organization, and with knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution,

in violation of Title 18 United States Code, Section(s) 371, 513(a) and 1344

Lurana S. Snow
Name of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

*[signature]* Denny Butler
Signature of Issuing Officer

January 14, 2000 Fort Lauderdale, Florida
Date and Location

*[signature]* Lurana S. Snow
by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

Bail fixed at $ 50,000 Corporate Surety Bond

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/18/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | FOR: USSS | Fred DePompa, SDUSM |
| 1/18/2000 | | |

32

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ANTIONETTE GREEN_____

ALIAS: ___LATRECE GREEN_____

LAST KNOWN RESIDENCE: __350 N.W. 20TH AVENUE, POMPANO BEACH, FLORIDA 33069__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __FLORIDA_____

DATE OF BIRTH: __03/01/1975_____

SOCIAL SECURITY NUMBER: __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_____

HEIGHT: __5'3_____ WEIGHT:  __235 POUNDS_____

SEX: ___FEMALE_____ RACE: __BLACK_____

HAIR: __BLACK_____ EYES: __BROWN_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: __TATTOO RIGHT CALF_____

FBI NUMBER: __855751TA9_____

COMPLETE DESCRIPTION OF AUTO: __1994 FORD EXPLORER, 4D, GREEN_____

FL TAG- LLN101_____

INVESTIGATIVE AGENCY AND ADDRESS:_____UNITED STATES SECRET SERVICE

                               8375 N.W. 53RD STREET, MIAMI, FLORIDA 33166