# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: CR 00-4005-Snow CR-WJZ

UNITED STATES OF AMERICA )
       Plaintiff )
)
-vs- ) REPORT COMMENCING CRIMINAL
) ACTION
ANTIONETTE GREENE )
       Defendant

FILED by ___ D.C.
JAN 2 [?] 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

****************************************

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

****************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 01/18/00 @ 9:30 a.m.

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: 18 USC 513(a) COUNTERFEITING; 18 USC 371- CONSPIRACY

(4) UNITED STATES CITIZEN: (✓)YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: 03/01/75

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[ ] INDICTMENT    [✓] COMPLAINT    CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SDFL
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [X]NO

AMOUNT OF BOND:$_____ WHO SET BOND?_____

(7) REMARKS:_____

(8) DATE: 01/18/00    (9) ARRESTING OFFICER SA C. CARUSO

(10) AGENCY U.S. SECRET SERVICE (11) PHONE # 305/629-1800

(12) COMMENTS_____