UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTIONETTE GREENE,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and notices his appearance for the Defendant, ANTIONETTE GREENE, in this cause, and requests that copies of any and all pleadings, notices, correspondence, or other matters pertaining to this cause be directed to his office.

    Respectfully submitted,

    McKENNA & OBRONT
    Attorneys for Defendant
    Florida Bar No. 348481
    2666 Tigertail Avenue, #104
    Coconut Grove, Florida 33133
    Phone: (305) 285-7044
    Fax:   (305) 285-1235

    By: _____
        PAUL A. McKENNA, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of January, 2000 to Bertha Mitrani, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301.

_____
PAUL A. McKENNA, ESQ.