HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __TYRONICA HILL, etal__ CASE NO: __00-6019-CR-ZLOCH__

AUSA __BERTHA MITRANI / Thompson__ ATTY __RICHARD HERSCH__ pres

FPD FOR CRSTAL McGEE; DAVID HODGE, ESQ. FOR SHEKEISHA BANNER;

PAUL McKENNA, ESQ. FOR ANTOINETTE GREENE; GARY KOLLIN, ESQ. FOR LAURENCE

YANCY  *disc out today — trial set  m/due 2-22*   Tape 00-007 @ 3250

DEFT __CONOR CLAXTON etal__ CASE NO: __99-6176-CR-FERGUSON(s)__

AUSA __STEPHANIE PELL / Scruggs__ ATTY __FRED HADDAD__ pres

FREDERICK MANN, ESQ., FOR ANTHONY SMYTH; ALBERT LEVIN, ESQ. FOR SIOBAN

BROWNE; DANIEL McELHATTON, ESQ. MARTIN MULLAN

*Brad ??? stood in*

*Motion hearing set for week of March 27*

Tape 00-007 @ 3402 008 +

DEFT __JAMES RANDALL CHISOLM__ CASE NO: __99-6221-CR-FERGUSON__

AUSA __LYNN ROSENTHAL / Thompson__ ATTY __FPD__  *Lopez for Th Day*

Tape 00-008 @ 436

*No spending motions  disc out — trial possible*

DEFT __PATRICK BENSON MARTIN__ CASE NO: __97-6128-CR-ZLOCH__

AUSA __ROGER POWELL__ pres  ATTY __BRUCE ALTER__ pres

*disc out today  trial set  M/ to continue to be filed  Feb 22 motions due*

@ 460

DATE __FEBRUARY 8, 2000__   TIME __11:00__

54