UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6019-CR-ZLOCH

```
FILED by _____ D.C.
FEB 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

UNITED STATES OF AMERICA

   v.

ANTIONETTE GREENE

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
March 2, 2000 at 1:30 PM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: February 24, 2000

cc:
Bertha Mitrani, Esq., AUSA
Paul McKenna, Esq.