UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
MAR 02 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6019-CR-Zloch   DATE 3-2-00

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Antionette Greene

U.S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Paul McKenna

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 5-19-00   TIME 10:00   FOR Sentencing

MISC Written Plea Agreement

71