MAY 1 9 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6019-CR-Zloch   DATE 5-19-00

CLERK Carline Newby   REPORTER Carl Schanzlel

PROBATION Georgann Stanley   INTERPRETER

UNITED STATES OF AMERICA v. Antionette Greene

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Paul McKenna

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING CT1 — 3 yrs Reporting Probation - $100 assessment Restitution $1,578.88 - McKenna appointed for appeal -

JUDGMENT

CASE CONTINUED TO ___ TIME ___ FOR ___

MISC

89