# UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

MAY 19 2000

UNITED STATES OF AMERICA
V.
ANTIONETTE GREENE

55145-004

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6019-CR-ZLOCH

PAUL MCKENNA, ESQ.
Defendant's Attorney

FILED by _____ D.C.

MAY 24 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THE DEFENDANT:

[X] pleaded guilty to count(s) ___1___

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court

[ ] was found guilty on count(s) _____ after a plea of not guilty

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:371 | conspiracy to utter or possess counterfeit securities | 1/200 | 1 |

RECEIVED
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE
2000 MAY 22 AM 9:27
U.S. MARSHAL

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) __remaining__ (is)(are) dismissed on the motion of the United States

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. __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__
Defendant's Date of Birth __3/1/75__
Defendant's USM No. _____
Defendant's Residence Address:
__250 NW 36th Street__
__Apartment #C116__
__Pompano Beach FL 33064__
Defendant's Mailing Address:

5/19/00
Date of Imposition of Judgment

_(signature)_
Signature of Judicial Officer

WILLIAM J. ZLOCH, U. S. DISTRICT JUDGE
Name and Title of Judicial Officer

5/19/00
Date

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

92

Sheet 6 - Reverse - Statement of Reasons

Judgment — Page

DEFENDANT
CASE NUMBER

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

No further action required by the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Fred A Proper SDUSM