UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Antionette Greene            )            CIVIL ACTION NO. 00CR6019  WJZ
                             )
Versus                       )
                             )            Request
USA                          )            ~~Regrent~~ early probation term
                             )
                             )

FILED BY: ___ D.C.
2002 APR 22 PM 12: 57
CLERK U.S. DIST. CT.
S.D. OF FLA.

Dear Mr. Zloch:

I'm writing this letter requesting an early termination of my probation. I regret everyday what I did. I lost my job with the school Board of six years because of this. It was hard trying to find a good job making enough money to support my children because I'm a convicted felon. I went to school for a Dental Assistant at Concorde Career Institute to look for the future to better myself for my children and me. After I finish school, nobody wouldn't hire me because I'm a convicted felon. It took me six months to find a job in the dental field. So I'm currently working as a Dental Assistant for about one month now. I paid off my balance in full. I'm sorry that I did this and I am certain that it will never happen again because I have learned a lesson from my past mistake. So I'm trying to move on with my life and put this behind.

Thank you very much for your time and consideration in this matter.

Antionette Greene
1601 N W 41ct
Pompano Beach, FL 33064
(954) 366-5229

*Antionette Greene*

/131