UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6019-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    O R D E R

ANTIONETTE GREENE,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Defendant, Antionette Greene's Request Early Probation Term (DE 131). The Court having carefully reviewed said Request and the entire court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Defendant, Antionette Greene's Request Early Probation Term (DE 131) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of May, 2002.

                                        WILLIAM J. ZLOCH
                                        Chief United States District Judge

Copies furnished:

Bertha Mitrani, Esq., AUSA
For Plaintiff

Antionette Greene, Pro Se
1601 N.W. 41 Ct.
Pompano Beach, FL 33064

Paul A. McKenna, Esq.