UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs                        CASE NO. 00-6019-CR-WJZ

ANTIONETTE GREENE,

    Defendant.            SATISFACTION OF JUDGMENT

_____/

The fine/restitution in the amount of $1,579.88 and the special assessment of $100.00 having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

                                           Respectfully Submitted,

                                           GUY A. LEWIS
                                           UNITED STATES ATTORNEY

Date: 8-2-02

                                           By: Elizabeth Ruf Stein
                                           Assistant U.S. Attorney

This Instrument Was Prepared By:      Elizabeth Ruf Stein
                                                        99 N.E. Fourth Street
                                                        Miami, Florida 33132
                                                        Tel: (305) 961-9313
                                                        Fla. Bar No. 354945